## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

PERDUE HOLDINGS, INC.     )
    )
    )
    )
    Plaintiff-Appellant,     )
v.     )
    )    Case No. 14-2120
BRF S.A.,     )
    )
    )
    Defendant-Appellee.     )

## APPELLEE'S OBJECTIONS TO
## APPELLANT'S DOCKETING STATEMENT

Appellee BRF S.A. ("BRF"), pursuant to Local Rule 3(b), hereby

objects to Appellant Perdue Holdings, Inc.'s ("Perdue") Docketing Statement

(Docket No. 12) as follows.

**I.**     <u>The agreement between the parties speaks for itself</u>

Perdue's statement of the Nature of Case mischaracterizes the

agreement between the parties. The agreement is part of the record in the District

Court and speaks for itself.

**II.**     <u>This case does not involve a question of first impression and oral
argument is unnecessary</u>

The sole connections between the forum and this case are (1) Perdue's

presence in the forum and (2) a provision in the agreement stating that the

agreement is governed by Maryland law. The opinion of the District Court and

this Court's case law are clear on the insufficiency of these limited connections to confer jurisdiction over a foreign Defendant. Oral argument is therefore unnecessary.

Dated: November 13, 2014                    Respectfully submitted,

_____

Jeffrey E. Ostrow
Brandon C. Martin
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
tel.: (650) 251-5030
fax: (650) 251-5002
jostrow@stblaw.com
bmartin@stblaw.com

Lori E. Lesser
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
tel.: (212) 455-3393
fax: (212) 455-2502
llesser@stblaw.com

Geoffrey H. Genth
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
tel.: (410) 752-6030
fax: (410) 539-1269
ggenth@kg-law.com

*Attorneys for Defendant-Appellee BRF S.A.*

## CERTIFICATE OF SERVICE

I certify that on November 13, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users and by serving a true and correct copy at the addresses listed below:

Damon W. D. Wright
Venable LLP
575 7th Street, NW
Washington, DC 20004

Jeffrey E. Ostrow